AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL JOSEPH PETERSON, Jr.<br>DOB: xx/xx/xx | ) | Case No. |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 1, 2020 in the county of _____ in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1);<br>(two counts) | Forcibly assaults, resists, opposes, impedes, intimidates, or interferes with federal officer while engaged in or on account of the performance of their official duties. |
| 18 U.S.C. § 231(a)(3); | Obstructs, impedes, interferes with law enforcement officer performing his offficial duties during the course of a civil disorder; |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☐ Continued on the attached sheet.

*Complainant's signature*

Robert Freeman, Detective, USPP
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P.4.1 by Telephone (specify reliable electronic means).

Date: 06/29/2020

*Judge's signature*

Robin M. Meriweather, United States Magistrate Judge

City and state: Washington, D.C.

*Printed name and title*