UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 13, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 20-MJ-125 |
| MICHAEL JOSEPH PETERSON, JR., | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) |
| Defendant. | : | (Assault, Resist, Oppose, Impede, Intimidate, or Interfere with Certain Officers or Employees) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 1, 2020, within the District of Columbia, **MICHAEL JOSEPH PETERSON, JR.** did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with United States Park Police Officer Benjamin Tomasiello, a person designated in section 1114 of Title 18, United States Code, while United States Park Police Officer Benjamin Tomasiello, was engaged in, or on account of, the performance of official duties, and such assault, resistance, opposition, impediment, intimidation, or interference involved physical contact with United States Park Police Officer Benjamin Tomasiello.

**(Assault, Resist, Oppose, Impede, Intimidate, or Interfere with Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1)**)**

A TRUE BILL:

FOREPERSON.

*Michael R. Sherwin/MS*
Attorney of the United States in
and for the District of Columbia.