UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : Case No. 20-cr-264 (TFH) |
| | : |
| MICHAEL JOSEPH PETERSON, Jr., | : |
| | : |
| Defendant. | : |

### GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Dismiss the Indictment in the above-listed case without prejudice. Undersigned counsel has conferred with counsel for the Defendant, who does not object to the United States' motion that the dismissal be without prejudice.

WHEREFORE the United States respectfully requests that the Court Dismiss the Indictment charged in Case No. 20-CR-264 without prejudice.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar Number 415793

By:   /s/ James B. Nelson
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov

Dated:  July 13, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the Electronic Case Filing (ECF) system, on July 13, 2021.

By:     */s/ James B. Nelson*
             JAMES B. NELSON
             D.C. Bar No. 1613700
             Assistant United States Attorney
             Federal Major Crimes Section
             555 4th Street, N.W.
             Washington, D.C. 20530
             (202) 252-6986
             james.nelson@usdoj.gov